UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 8:12-cr-247-T-30MAP

ALEX LEE LIM


**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE is before the Court on the United States' Motion for a Final Judgment of Forfeiture (Doc. 30) for the following property, pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2):

a. The 45,967 counterfeit motion picture DVDs with labels affixed, and approximately 72,000 counterfeit labels seized from 2204 Abbey Road, Winter Haven, Florida, on April 24, 2012;

b. The 8,958 counterfeit motion picture DVDs with labels affixed and approximately 8,000 counterfeit labels seized from 215 Towering Pines Drive, Lakeland, Florida, on April 24, 2012; and

c. Approximately 2,400 counterfeit motion picture DVDs with labels affixed seized from Storage Center Self Storage, Unit 429, 1991 Recker Highway, Winter Haven, Florida, on May 18, 2012.

Being fully advised in the premises, the Court finds that on September 6, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of the defendant in the property. Doc. 22.

The Court further finds that Pursuant to Rule 32.2(b)(4), the defendant agrees that the preliminary order of forfeiture shall be final as to the defendant at the time

it is entered, notwithstanding the requirement that it be made a part of the sentence and be included in the judgment.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the property on the official government website, www.forfeiture.gov, from September 7, 2012 through October 6, 2012. (Doc. 25). The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the property. No third party has filed a petition or claimed an interest in the property, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 30) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the property

---

[1] As provided in 18 U.S.C. § 2323(b)(2)(A), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

2

is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the identified property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on November 7, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cr-247.forfeit fj 30.wpd